**FILED**
CLERK, U.S. DISTRICT COURT

**5/22/2024**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 5:24-CR-00133-JAK |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 111(a)(1), (b): Assault on a Federal Officer Resulting in Bodily Injury] |
| MICHAEL GREGORY BACA, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. §§ 111(a)(1), (b)]

On or about October 11, 2023, in San Bernardino County, within the Central District of California, defendant MICHAEL GREGORY BACA intentionally and forcibly assaulted, impeded, intimidated, and interfered with victim T.V., a Federal Bureau of Prisons Specialist at the Victorville Federal Correctional Institution II in Victorville, California, and in doing so made physical contact with T.V., while T.V. was engaged in, and on account of, the performance

//

//

//

of T.V.'s official duties, resulting in the infliction of bodily
injury.

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Chief, General Criminal Division

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes
Section

K. AFIA BONDERO
Assistant United States Attorney
Major Frauds Section