# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | ED CR24-00133 JAK |
| Date | May 15, 2025 |
| Present: The Honorable | John A Kronstadt |
| Interpreter | |

| Daniel Torrez | Suzanne McKennon | Matthew Coe-Odess / Eric Mackie |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

**U.S.A. v. Defendant(s):** Michael Gregory Baca — Present: ☒  Cust.: ☒  Bond: ☐

**Attorneys for Defendants:** Rose Statman, DFPD; R. Reid Rowe, DFPD — Present: ☒☒  App.: ☒☒  Ret.: ☐☐

___ Day COURT TRIAL    **3rd** Day JURY TRIAL    ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   ☒ Held & continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

☒ Witnesses called, sworn and testified.

___ Exhibits identified    ___ Exhibits admitted

___ Government rests.    ☒ Defendant(s) Michael Gregory Baca rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

☒ Closing arguments made    ☒ Court instructs jury    ☒ Bailiff sworn

☒ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused    ☒ Jury retires to deliberate    ___ Jury resumes deliberations

___ Finding by Court as follows:

Dft # ___ found guilty on counts ___    found not guilty on counts ___
Dft # ___ found guilty on counts ___    found not guilty on counts ___
Dft # ___ found guilty on counts ___    found not guilty on counts ___
Dft # ___ found guilty on counts ___    found not guilty on counts ___
Dft # ___ found guilty on counts ___    found not guilty on counts ___

___ Jury polled    ___ Polling waived

___ Filed Witness & Exhibit lists    ___ Filed Jury notes    ___ Filed Jury Instructions    ___ Filed Jury Verdict

___ Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

___ Dft # ___ remanded to custody.   ___ Remand/Release# ___ issd.   ___ Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

☒ Case continued to 5/16/25 at 9:00 a.m. for further trial/further jury deliberation.

___ Other:                                                                      4 : 11

Initials of Deputy Clerk DT

☒ USM    ___ USPPO

CR-78 (04/23)    CRIMINAL MINUTES - TRIAL    Page 1 of 1