# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | ED CR24-00133 JAK |
| Date | May 16, 2025 |
| Present: The Honorable | John A Kronstadt |
| Interpreter | |

| Daniel Torrez | Suzanne McKennon | Matthew Coe-Odess / Eric Mackie |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael Gregory Baca | X | X | | Rose Statman, DFPD | X | X | |
| | | | | R. Reid Rowe, DFPD | X | X | |

___ Day COURT TRIAL     4th Day JURY TRIAL     ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   ___ Held & continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

___ Witnesses called, sworn and testified.

___ Exhibits identified     ___ Exhibits admitted

___ Government rests.   ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made   ___ Court instructs jury   ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused   ___ Jury retires to deliberate   X Jury resumes deliberations

___ Finding by Court as follows:

Dft # ___ found guilty on counts ___   found not guilty on counts ___
Dft # ___ found guilty on counts ___   found not guilty on counts ___
Dft # ___ found guilty on counts ___   found not guilty on counts ___
Dft # ___ found guilty on counts ___   found not guilty on counts ___
Dft # ___ found guilty on counts ___   found not guilty on counts ___

___ Jury polled   ___ Polling waived

X Filed Witness & Exhibit lists   X Filed Jury notes   X Filed Jury Instructions   ___ Filed Jury Verdict

___ Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

___ Dft # ___ remanded to custody.   ___ Remand/Release# ___ issd.   ___ Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

___ Case continued to _____ for further trial/further jury deliberation.

Other: The Court declares a MISTRIAL. Jurors thanked and excused. Trial Setting Conference set for May 22, 2025, at 8:30 a.m.

3 : 57

Initials of Deputy Clerk DT

X USM   ___ USPPO

CR-78 (04/23)                    CRIMINAL MINUTES - TRIAL                    Page 1 of 1