FILED
CLERK, U.S. DISTRICT COURT
11/20/25
CENTRAL DISTRICT OF CALIFORNIA
BY: DT DEPUTY

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL GREGORY BACA,<br>Defendant. | No. CR 5:24-00133-JAK<br><br><u>VERDICT FORM</u> |

We, the Jury, in the above-captioned case, present the following unanimous verdict as to the following count as alleged in the Indictment against defendant Michael Gregory Baca:

**COUNT ONE**

We, the jury in the above-captioned case, unanimously find the defendant MICHAEL GREGORY BACA (check one):

_____ NOT GUILTY

✓ GUILTY

of Assault on a Federal Officer Resulting in Bodily Injury, in violation of Title 18, United States Code, Sections 111(a)(1), (b), as charged in Count One of the Indictment.

Dated: 10/24/25, 2025, at Los Angeles, California.

[redacted]

FOREPERSON OF THE JURY